# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ PUERTO,         )<br>                                                        )<br>                    Petitioner,      )<br>                                                        )<br>        v.                                         )<br>                                                        )<br>WARDEN RAUL LOPEZ,             )<br>                                                        )<br>                    Respondent.    )<br>_____) | 1:10-CV-01737 OWW GSA HC<br><br>ORDER VACATING ORDER DIRECTING RESPONDENT TO FILE A RESPONSE ISSUED ON DECEMBER 30, 2010<br>[Doc. #10] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by Mario Rodriguez, Esq.

On September 20, 2010, Petitioner filed the instant petition for writ of habeas corpus. On December 30, 2010, this Court issued an Order directing Respondent to file a response to the petition.

On January 24, 2011, the Supreme Court issued its opinion in Swarthout v. Cooke, ___ U.S.___, ___ S.Ct. ___, 2011 WL 197627 (Jan. 24, 2011) (per curiam). This decision renders the claims presented in the petition noncognizable for purposes of federal habeas review.

Accordingly, the December 30, 2010, Order to Respond is HEREBY VACATED. Briefing in this matter is suspended pending further action by the Court.

IT IS SO ORDERED.

Dated:   **January 25, 2011**              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE